# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | )   No. 1:21-mj-00269-GMH |
| | ) |
| **FEDERICO GUILLERMO KLEIN,** | ) |
| **Defendant.** | ) |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the Acting United States Attorney for the District of Columbia, respectfully informs the Court that Assistant United States Attorney Jocelyn Bond is entering her appearance in this matter.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

ANDREW FLOYD
Deputy Chief, General Crimes Section

  __/s/ Jocelyn Bond_____
JOCELYN BOND
Assistant United States Attorney
D.C. Bar Number 1008904
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 809-0793
Jocelyn.Bond@usdoj.gov

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing has been filed electronically via the Court's Electronic Case Filing system and has been served on counsel for the defendant.

                                            */s/ Jocelyn Bond*
                                            Jocelyn Bond
                                            Assistant United States Attorney